# EXHIBIT E

```
HUDSON COUNTY SUPERIOR COURT
HUDSON COUNTY
583 NEWARK AVENUE
JERSEY CITY         NJ 07306


TELEPHONE - (201) 795-6116,IDA VARGAS           TEAM 001
COURT HOURS: 8:30 AM - 4:30 PM                            DATE AUGUST 24, 2018

DOCKET NO. HUD L -000531 18
NAME: MOORE VIOLA   VS BANK OF AMERICAN, N. A.
     PARTIES:   JOHN DOE
```

     IT IS HEREBY ORDERED THAT UNDER RULES 1:13-7 OR 4:43-2, THE ABOVE MATTER HAS BEEN DISMISSED WITHOUT PREJUDICE AGAINST THE ABOVE PARTY OR PARTIES FOR LACK OF PROSECUTION. JUDGMENTS PREVIOUSLY ENTERED IN THIS CASE ARE NOT AFFECTED BY THIS ORDER.

     A FORMAL NOTICE OF MOTION IS NOW REQUIRED TO RESTORE THIS PARTY TO ACTIVE TRIAL STATUS.

```
   HON FRANCIS B. SCHULTZ                        ATT: ADRIAN J. JOHNSON
   _____                JOHNSON & ASSOCIATES AT
LAW, P
           JUDGE                                 581 MAIN ST STE 640
                                                 WOODBRIDGE       NJ 07095
```