# EXHIBIT F

Anthony J. Sylvester (Bar No. 18331983)
Anthony C. Valenziano (Bar No. 26392008)
SHERMAN WELLS SYLVESTER & STAMELMAN LLP
210 Park Avenue, 2nd Floor
Florham Park, New Jersey 07932
 (973) 302-9700

Filed
August 31, 2018
Francis B. Schultz, J.S.C.

Attorneys for Defendant
JPMorgan Chase Bank, N.A.

| | |
|---|---|
| VIOLA MOORE,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A; JPMORGAN CHASE BANK, N.A.; AND JOHN DOE,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION, HUDSON COUNTY<br>DOCKET NO.HUD-L-531-18<br><br>CIVIL ACTION<br><br>**ORDER GRANTING JPMORGAN CHASE BANK, N.A.'S MOTION TO COMPEL DISCOVERY** |

THIS MATTER, having been brought before the Court by Sherman Wells Sylvester & Stamelman LLP, attorneys for defendant JPMorgan Chase Bank, N.A. ("Chase") for an Order: (1) compelling more specific answers to Chase's First Set of Interrogatories to plaintiff Viola Moore ("Plaintiff"); (2) compelling the production of written responses and documents responsive to Chase's First Request for Production of Documents on Plaintiff; and (4) awarding Chase its fees and costs incurred in connection with this motion; and for good cause shown:

IT IS on this ~~17th~~ 31st day of August, 2018;

ORDERED that Chase's motion **IS GRANTED**; and it is further

ORDERED that Plaintiff shall provide more specific responses to Chase's First Set of Interrogatories Nos. 1, 2, 6, 15, 17, 23, 25, 26, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40 and 41 ~~on or before September 1, 2018~~ within 15 days; and it is further

ORDERED that Plaintiffs shall produce written responses and documents responsive to Chase's First Request for the Production of Documents ~~on or before September 1, 2018~~ within 15 days; and it is further

~~ORDERED that Chase is awarded its fees and costs incurred in connection with the filing of this motion; and it is further~~

~~ORDERED that Chase shall submit a certification of services regarding its fees and costs incurred in connection of the filing of this motion within ____ days of this Order; and it is further~~

ORDERED that a true copy of this Order be served upon all parties within __7__ days of the date hereof.

_____
HON. __Francis B. Schultz, J.S.C.__

___ Opposed

_X_ Unopposed

4816-8660-4654, v. 1

2