UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(Newark)

| | |
|---|---|
| VIOLA MOORE,<br><br>                Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NA; JP MORGAN CHASE BANK, NA; and JOHN DOE,<br><br>                Defendants. | CIVIL ACTION NO.<br><br>Removed from Superior Court of New Jersey Law Division: Hudson County<br><br>**CERTIFICATE OF SERVICE** |

I, Daniel C. Fleming, of full age, hereby certify to the following:

    1.    I am a partner with the firm of Wong Fleming, attorneys representing Defendant Bank of America, N.A. ("BANA") in the above-captioned matter.

    2.    This Certificate of Service is based upon my personal knowledge with regard to the service of pleadings in this case as to the following documents.

        a.  Notice of Removal;

        b.  Notice of Filing of Notice of Removal;

        c.  Rule 7.1 Corporate Disclosure Statement for Bank of America, N.A.;

        d.  This Certificate of Service

    3.    On September 10, 2018, I electronically filed the documents referenced in paragraph 2 above with the U.S. District Court, and electronically filed the documents via New Jersey eCourts to the Superior Court.

4. On September 10, 2018, I caused to be served via first class mail delivery to the counsel for Plaintiff Viola Moore a copy of the documents referenced in Paragraph 2 addressed as follows:

> Adrian J. Johnson, Esq.
> Johnson & Associates, P.C.
> 280 Amboy Ave., Ste. 3
> Metuchen, NJ 08840
> *Attorneys for Plaintiff*

5. On September 10, 2018, I caused to be served via first class mail delivery to the counsel for Defendant JPMorgan Chase Bank, N.A. a copy of the documents referenced in Paragraph 2 addressed as follows:

> Anthony J. Sylvester, Esq.
> Anthony C. Valenziano, Esq.
> Sherman Wells Sylvester & Stamelman, LLP
> 210 Park Avenue, 2nd Floor
> Florham Park, NJ 07932
> *Attorneys for Defendant JPMorgan Chase Bank, N.A.*

I certify that the foregoing statements made by me are true and that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 10, 2018

*/s/ Daniel C. Fleming*_____
Daniel C. Fleming